**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Gillespie, Redfairn, Wicks, Moody and Doran

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH YEGHIAZARIAN, an individual, et al., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a governmental entity, et al., <br><br> Defendants. | Case No.:   2:12-CV-00158-KJD (VCF) |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff, Elizabeth Yeghiazarian, as an individual and as the personal representative of the Estate of Raymond Yeghiazarian, by and through her attorney of record, Saggese & Associates, and Defendants, Las Vegas Metropolitan Police Department; Sheriff Douglas C. Gillespie; Det. William Redfairn; Ofc. Jared Wicks; Det. Dave Moody; and Barbara Doran, by and through their attorneys of record, Marquis Aurbach Coffing, hereby stipulate to dismiss the above-entitled matter in its entirety with prejudice. Plaintiff and Defendants further stipulate that each party shall bear their own attorney fees and costs.

Dated this 22 day of January, 2014.

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

Dated this 22 day of January, 2014.

SAGGESE & ASSOCIATES, LTD.

By: _____
Marc A. Saggese, Esq.
Nevada Bar No. 7166
732 South Sixth Street, Suite 201
Las Vegas, Nevada 89101
Attorney for Plaintiff

## ORDER

In accordance with the stipulation entered into by the parties above, this matter [Case No. 2:12-CV-00158-KJD (VCF)] is hereby dismissed in its entirety with prejudice, and each party shall bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated this 22nd day of January, 2014.

_____
U.S. DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816